Hyman Tucker, Administrator of Estate of Samuel I. Tucker, Deceased, Appellee, v. Louis Tucker, Appellant.

Gen. No. 42,286.

Heard in third division, first district, this court at June term, 1942; opinion filed December 9, 1942. Samuel Blair, for appellant; Philip A. Shapiro, for appellee. Opinion by PRESIDING JUSTICE BURKE. ''Not to be published in full.''